*Bickers, for appellant.*

---

### R. L. WINTERSMITH *v.* H. G. WINTERSMITH'S ADX. ET AL.

**Statute of Limitations—Bills and Notes—Presumptive Evidence of Payment.**
Lapse of time cannot opreate as a statutory bar to an action on a note, its only legal effect being presumptive evidence of payment as pleaded. A payment not pleaded, cannot be presumed.

APPEAL FROM HARDIN CIRCUIT COURT.

April 20, 1869.

OPINION OF THE COURT BY JUDGE ROBERTSON:

As lapse of time cannot operate as a statutory bar to the action on the note, it's only legal effect is presumptive evidence of payment as pleaded. But the record repels all presumption of payment in the mode specified in the answer; and therefore a payment not pleaded cannot be presumed.

And moreover the proof of the appellant's insolvency is sufficient to repel any presumption of payment in any mode.

Wherefore the judgment for the amount of the note and accruing interest is affirmed.

*Cofer, for appellant.*

*Wilson, for appellees.*